UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANG VAN, INC., a California corporation,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>VNG CORPORATION, a Vietnamese corporation,<br><br>    Defendant - Appellee,<br><br> and<br><br>INTERNATIONAL DATA GROUP, INC., a Massachusetts corporation,<br><br>    Defendant. | No. 14-56770<br><br>D.C. No. 8:14-cv-00100-AG-RNB<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

The judgment of this Court, entered October 11, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk