FILED

UNITED STATES COURT OF APPEALS

JUL 24 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANG VAN, INC., a California corporation,<br><br>                    Plaintiff-Appellant,<br><br>   v.<br><br>VNG CORPORATION, a Vietnamese corporation,<br><br>                    Defendant-Appellee. | No.    19-56452<br><br>D.C. No.<br>8:14-cv-00100-AG-JDE<br>Central District of California,<br>Santa Ana<br><br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner

At Docket Entry No. 10, appellant Lang Van, Inc. submitted Volume 8 of the excerpts of record provisionally under seal, accompanied by a notice of intent to publicly file Volume 8 pursuant to Ninth Circuit Rule 27-13(f).

VNG Corporation's unopposed motion to maintain Volume 8 under seal (Docket Entry No. 22) is granted.

The Clerk shall publicly file the notice, the motion, the opening brief, and Volumes 1 through 7 of the excerpts of record, and shall file under seal Volume 8 of the excerpts of record.

The existing briefing schedule remains in effect.

MH/Appellate Commissioner