| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUL 21 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LANG VAN, INC., a California corporation,

    Plaintiff-Appellant,

v.

VNG CORPORATION, a Vietnamese corporation,

    Defendant-Appellee.

No.   19-56452

D.C. No.
8:14-cv-00100-AG-JDE
Central District of California,
Santa Ana

ORDER

Before: BYBEE and BENNETT, Circuit Judges, and BATAILLON,[*] District Judge.

In light of the panel's opinion reversing the district court and remanding for further proceedings, appellant's motion to transmit physical exhibits, Dkt. No. 11, and appellant's motion to take judicial notice, Dkt. No. 54, are denied as moot.

---

[*] The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska, sitting by designation.