1

**KING & SPALDING LLP**
QUYEN L. TA (SBN 229956)
  qta@kslaw.com
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

2

3

4

5

KELLY L. PERIGOE (SBN 268872)
  kperigoe@kslaw.com
JAMES A. UNGER (SBN 325115)
  junger@kslaw.com
RACHEL YEUNG (SBN 317361)
  ryeung@kslaw.com
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

6

7

8

9

10

11

12

Attorneys for Defendant
VNG CORPORATION

13

14

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

15

16

17

| | |
|---|---|
| LANG VAN, INC., a California Corporation,<br><br>          Plaintiff,<br><br>       v.<br><br>VNG CORPORATION, a Vietnamese Corporation,<br><br>         Defendant. | Case No. 8:14-cv-00100-FWS-JDEx<br><br>Judge: Fred W. Slaughter<br><br>**DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD AMENDED COMPLAINT**<br><br>Complaint Filed:  January 22, 2014<br>TAC Filed:      December 12, 2023 |

18

19

20

21

22

23

24

25

26

27

28

Defendant VNG Corporation, by and through its counsel, files its Answer and Defenses to Plaintiff Lang Van, Inc.'s Third Amended Complaint ("TAC") as follows[1]:

## PRELIMINARY STATEMENT

In answering the TAC, VNG's responses are based on its knowledge at this current time, discovery is ongoing and VNG reserves the right to amend or supplement its answer as necessary.

## <u>NATURE OF ACTION</u>

1.      The first sentence of Paragraph 1 is a legal characterization of the TAC to which no response is required.  To the extent the first sentence of Paragraph 1 contains factual allegations or otherwise requires a response, Defendant denies the first sentence of Paragraph 1.  Defendant admits that in addition to the Zing Music Platform, Defendant provides users with various forms of online content and entertainment options through its Zing.vn website and attendant mobile media applications.

2.      The first sentence of Paragraph 2 is a legal characterization of the TAC to which no response is required.  To the extent the first sentence of Paragraph 2 contains factual allegations or otherwise requires a response, Defendant denies the first sentence of Paragraph 2.  The second sentence in Paragraph 2 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 2 contains factual allegations, Defendant denies those allegations. Defendant lacks sufficient information to admit or deny the allegation that "according to Alexa web rankings, Zing.vn is one of the top six most popular sites in Vietnam trailing very successful websites such as Google, Facebook and YouTube, and ahead

---

[1] Defendant denies all titles, headings, footnotes, subheadings, and any other material not contained in numbered paragraphs. When a document (or statements, conclusions, or other material references therefrom) is referenced in this Answer or the TAC, it speaks for itself.  That is, the document itself is the best evidence of its contents, and Defendant denies any allegations or characterizations based on the document.  Defendant reserves all rights with regard to the existence, authenticity, accuracy, and admissibility of such documents.

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD AMENDED COMPLAINT

of other popular sites like Yahoo, Wikipedia or Twitter, and is among the top 500 most popular websites in the world" and therefore denies this allegation.

3. Paragraph 3 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 3 contains factual allegations, Defendant denies those allegations.

4. Defendant denies the allegations in Paragraph 4.

## THE PARTIES

5. Defendant lacks sufficient information to admit or deny the allegations in Paragraph 5 and therefore denies them.

6. Defendant admits that it is a corporation organized and existing under the laws of Vietnam.  Defendant otherwise denies the allegations in Paragraph 6.

## JURISDICTION AND VENUE

7. Paragraph 7 contains legal conclusions and argument to which no response is required.

8. Paragraph 8 contains legal conclusions and argument to which no response is required.

9. Paragraph 9 contains legal conclusions and argument to which no response is required.  VNG admits that at least since the filing of the action it has been aware that Lang Van represents that it is a California company.  VNG lacks sufficient information to admit or deny the fourth and fifth sentences of this paragraph and therefore denies those allegations.  VNG denies the other allegations and characterizations contained in this paragraph.

10. Paragraph 10 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 10 contains factual allegations, Defendant denies those allegations.

## FACTUAL BACKGROUND

**A.   Lang Van's History and Operations**

11. Defendant lacks sufficient information to admit or deny the allegations

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD
AMENDED COMPLAINT

1   in Paragraph 11 and therefore denies them.

2       12.     Defendant lacks sufficient information to admit or deny the allegations

3   in Paragraph 12 and therefore denies them.

4       13.     Defendant lacks sufficient information to admit or deny the allegations

5   in Paragraph 13 and therefore denies them.

6       14.     Defendant lacks sufficient information to admit or deny the allegations

7   in Paragraph 14 and therefore denies them.

8       15.     Defendant lacks sufficient information to admit or deny the allegations

9   in Paragraph 15 and therefore denies them.

10      16.     Defendant lacks sufficient information to admit or deny the allegations

11  in Paragraph 16 and therefore denies them.

12  **B.   History of VNG and Development of the Zing Music Website**

13      17.     Defendant admits the allegations in Paragraph 17.

14      18.     Defendant admits the allegations in Paragraph 18.

15      19.     Defendant admits the allegations in Paragraph 19.

16      20.     Defendant denies the allegation in Paragraph 20.

17      21.     Defendant lacks sufficient information to admit or deny the allegations

18  in Paragraph 21 and therefore denies them.

19      22.     Defendant lacks sufficient information to admit or deny the allegations

20  in Paragraph 22 and therefore denies them.

21      23.     Defendant lacks sufficient information to admit or deny the allegations

22  in Paragraph 23 and therefore denies them.

23      24.     Defendant lacks sufficient information to admit or deny the allegations

24  in Paragraph 24 and therefore denies them.

25      25.     Defendant denies the characterizations and allegations in Paragraph 25.

26      26.     Defendant lacks sufficient information to admit or deny the allegations

27  in Paragraph 26 and therefore denies them.

28      27.     Defendant denies the characterization and allegations in Paragraph 27.

28.     Defendant denies the allegations in Paragraph 28.

29.     Paragraph 29 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 29 contains factual allegations, Defendant lacks sufficient information to admit or deny the allegations and therefore denies them.

30.     Defendant denies the allegations in Paragraph 30.

31.     Paragraph 31 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 31 contains factual allegations, Defendant denies those characterizations and allegations.

32.     Paragraph 32 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 32 contains factual allegations, Defendant denies those characterizations and allegations.

33.     Defendant admits that it receives advertising revenues for its gaming platforms but denies the allegation to the extent that it implies that those benefits are as a result of alleged copyright violations.  Defendant denies the allegations in the last sentence of this paragraph.

**C.      Zing.vn's Reputation as a Notorious Copyright Infringer**

34.     Paragraph 34 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 34 contains factual allegations, Defendant denies those.

35.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 35 and therefore denies them.

36.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 36 and therefore denies them.

37.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 37 and therefore denies them.

38.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 38 and therefore denies them.

39.     Defendant admits that VNG and Zing.vn are referenced in the 2012 IIPA Report but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was discussed in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

40.     Defendant admits that VNG and Zing.vn are referenced in the 2012 IIPA Report but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

41.     Defendant admits that the 2012 IIPA Report is partially quoted but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

42.     Defendant admits that the 2012 IIPA Report is partially quoted but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD
AMENDED COMPLAINT

43.    Paragraph 43 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 43 contains factual allegations, Defendant denies the allegation that it engaged in "rampant copyright infringement" and lacks sufficient information to admit or deny the remaining allegations in Paragraph 43 and therefore denies them.

44.    Defendant admits that Zing.vn is referenced in the December 13, 2013 Out-of-Cycle Review of Notorious Markets but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

45.    Defendant lacks sufficient information to admit or deny the allegations in Paragraph 45 and therefore denies them.

46.    Defendant admits that the December 13, 2013 Out-of-Cycle Review of Notorious Markets is partially quoted but lacks sufficient information to admit or deny the substance of the allegation in Paragraph 46 and therefore denies it.

47.    Defendant admits that the December 13, 2013 Out-of-Cycle Review of Notorious Markets is partially quoted but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party and disputes any contention that this third-party report is admissible or probative of any material fact at issue in this matter.

48.    Paragraph 48 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 48 contains factual allegations, Defendant denies those allegations.

49.    Defendant denies the allegation that it engaged in copyright infringement and lacks sufficient information to admit or deny the remaining allegations in Paragraph 49 and therefore denies them.

50.    Defendant admits that an APNewsBreak was partially quoted but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote an article that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party article.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

51.    Defendant lacks sufficient information to admit or deny the allegations and therefore denies them. Defendant further denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party issued a statement about Defendant to establish any material fact beyond the fact that the third-party statement issued a statement about Defendant.  Defendant further denies any allegation or implication raised by a third-party or the third-party statement and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

52.    Defendant denies the allegation that it engaged in copyright infringement and lacks sufficient information to admit or deny the remaining allegations in Paragraph 52 and therefore denies them.

53.    Defendant lacks sufficient information to admit or deny the allegations in Paragraph 53 and therefore denies them.

54.    Defendant admits that VNG and Zing.vn are referenced in the 2013 IIPA Report but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report that referenced Defendant to establish any material fact beyond the fact that Defendant was referenced in a third-party report.  Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD
AMENDED COMPLAINT

material fact at issue in this matter.

55.     Defendant admits that the 2013 IIPA Report references decisions by Coca-Cola and Samsung to remove advertising from Zing.vn, but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report to establish any material fact beyond the fact that the third-party report contains the statements therein.   Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

56.     Defendant admits that the allegations paraphrase statements in the 2013 IIPA Report but denies the allegation to the extent that Plaintiff seeks to rely on the fact that a third-party wrote a report to establish any material fact beyond the fact that the third-party report contains the statements therein.   Defendant further denies any allegation or implication raised by a third-party or the third-party report and disputes any contention that this third-party report is probative of any material fact at issue in this matter.

## D.     VNG's Rampant Infringement of Lang Van's Copyrighted Works

57.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 57 and therefore denies them.

58.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 58 and therefore denies them.

59.     Paragraph 59 contains legal conclusions and argument to which no response is required.   To the extent that Paragraph 59 contains factual allegations, Defendant lacks sufficient information to admit or deny the allegations and therefore denies those allegations.

60.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 60 and therefore denies them.

61.     Defendant lacks sufficient information to admit or deny the allegations

in Paragraph 61 and therefore denies them.

62.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 62 and therefore denies them.

63.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 63 and therefore denies them.

64.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 64 and therefore denies them.

65.     Paragraph 65 contains legal conclusions and argument to which no response is required.   To the extent Paragraph 65 contains factual allegations, Defendant denies those allegations.

66.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 66 and therefore denies them.

67.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 67 and therefore denies them.

68.     Paragraph 68 contains legal conclusions and argument with regard to "Lang Van's Copyrighted Works" to which no response is required.  To the extent that "Lang Van's Copyrighted Works" contains a factual allegation, Defendant denies that allegation.  Otherwise, Defendant lacks sufficient information to admit or deny the remaining allegations in Paragraph 68 and therefore denies them.

69.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 69 and therefore denies them.

70.     Paragraph 70 and Exhibit 1 contain legal conclusions and argument to which no response is required.  To the extent that Paragraph 70 and Exhibit 1 contain factual allegations, Defendant lacks sufficient information to admit or deny the allegations and therefore denies those allegations.

71.     Paragraph 71 and Exhibit 2 contain legal conclusions and argument to which no response is required.  To the extent that Paragraph 71 and Exhibit 2 contain factual allegations, Defendant lacks sufficient information to admit or deny the

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD AMENDED COMPLAINT

allegations and therefore denies those allegations.

72.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 72 and therefore denies them.

73.     Paragraph 73 contains legal conclusions and arguments to which no response is required.  To the extent that Paragraph 73 contains factual allegations, Defendant admits to meeting with Lang Van representatives in 2012 but denies all remaining allegations in Paragraph 73.

74.     Defendant admits to meeting with Lang Van representatives in 2012, but denies all remaining allegations in Paragraph 74.

75.     Defendant lacks sufficient information to admit or deny the allegations in Paragraph 75 and therefore denies them.

76.     Defendant admits that it used independent contractors to obtain music for which VNG had a license, but otherwise denies the allegations in Paragraph 76.

77.     Paragraph 77 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 77 contains factual allegations, Defendant denies those allegations.

78.     Paragraph 78 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 78 contains factual allegations, Defendant denies those allegations.

79.     Defendant denies the allegations in Paragraph 79.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

80.     Paragraph 80 incorporates by reference Paragraphs 1 through 79 of the Complaint.  Defendant likewise incorporates by reference its responses to Paragraphs 1 through 79.

81.     Paragraph 81 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 81 contains factual allegations, Defendant denies those allegations.

82.     Paragraph 82, Exhibit 1, and Exhibit 2 contain legal conclusions and argument to which no response is required.  To the extent that Paragraph 82, Exhibit 1, and Exhibit 2 contain factual allegations, Defendant denies those allegations.

83.     Paragraph 83 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 83 contains factual allegations, Defendant denies those allegations.

84.     Paragraph 84 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 84 contains factual allegations, Defendant denies those allegations.

85.     Paragraph 85 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 85 contains factual allegations, Defendant admits that it has worked hard to promote and grow its Zing.vn website and denies the remaining allegations.

86.     Paragraph 86 contains legal conclusions and arguments to which no response is required.  To the extent that Paragraph 86 contains factual allegations, Defendant denies those allegations.

87.     Paragraph 87 contains legal conclusions and arguments to which no response is required.  To the extent that Paragraph 87 contains factual allegations, Defendant denies those allegations.

88.     Paragraph 88 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 88 contains factual allegations, Defendant denies those allegations.

89.     Paragraph 89 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 89 contains factual allegations, Defendant denies those allegations.

90.     Paragraph 90 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 90 contains factual allegations, Defendant denies those allegations.

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD AMENDED COMPLAINT

91.     Paragraph 91 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 91 contains factual allegations, Defendant denies those allegations.

92.     Paragraph 92 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 92 contains factual allegations, Defendant denies those allegations.

93.     Paragraph 93 contains legal conclusions and argument to which no response is required.  To the extent that Paragraph 93 contains factual allegations, Defendant denies those allegations.

94.     Plaintiff's prayer for relief and judgment does not require a response, but insofar as an answer is deemed necessary, Defendant denies that Plaintiff is entitled to the requested relief and judgment or to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Third Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (Invalid Registration)

Plaintiff's claim is barred in whole or in part insofar as Plaintiff's asserted registrations are invalid.

### THIRD AFFIRMATIVE DEFENSE

### (Lack of Registration)

Plaintiff has failed to register the copyrights in one or more of the works set forth in their Complaint and thus are not permitted to file this suit or maintain this action.  Plaintiff's claim is barred in whole or in part pursuant to the Supreme Court's holding in *Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC*, 139 S.Ct. 881 (2019) to the extent that the claim is brought with regard to works where applications

13

were filed, but registrations not yet issued by the United States Copyright Office, at the time that claims were brought with respect to those works.

### FOURTH AFFIRMATIVE DEFENSE

### (Lack of Ownership)

Plaintiff's claim is barred in whole or in part because Plaintiff lacks ownership in the Copyrighted Works.

### FIFTH AFFIRMATIVE DEFENSE

### (License)

Plaintiff's claim is barred in whole or in part because use of the Copyrighted Works at issue is pursuant to an express or implied license to use said Works.

### SIXTH AFFIRMATIVE DEFENSE

### (Noncognizable Theory of Infringement)

Plaintiff's theory of infringement is not cognizable.

### SEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff's claim is barred, in whole or part, by the applicable statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claim is barred in whole or in part by the doctrine of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

### (Good Faith)

At all times, Defendant acted in good faith.

### TENTH AFFIRMATIVE DEFENSE

### (No Damages)

Without admitting that Plaintiff has stated a claim, Plaintiff has suffered no damages, in any amount or any form, by reason of any act of Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiff's claim is barred, in whole or in part, because Plaintiff failed to mitigate the alleged damages.

## TWELFTH AFFIRMATIVE DEFENSE

### (Equitable Estoppel)

Plaintiff's action is barred by the doctrine of equitable estoppel.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Non-Infringement/No Willful Infringement)

Defendant's conduct was innocent, non-infringing, and not a willful infringement of copyright.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff has waived its rights to claim copyright infringement.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Abandonment)

Plaintiff has abandoned or forfeited its copyrights.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Personal Jurisdiction)

This Court does not have personal jurisdiction over Defendant to enter a judgment against Defendant.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Non-Copyrightable Material)

One or more of Plaintiff's copyrights have elements taken from the public domain upon which a copyright infringement action cannot be maintained or otherwise not copyrightable.

1

## EIGHTEENTH AFFIRMATIVE DEFENSE

## (Copyright Misuse)

Plaintiff's claim is barred, in whole or in part, by the doctrine of copyright misuse.

Defendant reserves the right to supplement or amend this answer, including through the addition of further affirmative defenses that it learns through the course of discovery and the proceedings in this action.


DATED:  January 31, 2023          Respectfully submitted,

KING & SPALDING LLP

By:  _/s/ James A. Unger_
        QUYEN L. TA
        KELLY L. PERIGOE
        JAMES A. UNGER
        RACHEL YEUNG

Attorneys for VNG CORPORATION

DEFENDANT VNG CORPORATION'S ANSWER TO PLAINTIFF LANG VAN, INC.'S THIRD
AMENDED COMPLAINT