**KING & SPALDING**

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, California 90071

Tel: +1 213 443 4355
Fax: +1 213 443 4310
kslaw.com

Kelly Perigoe
Partner
Direct Dial: +1 213 218 4010
kperigoe@kslaw.com

February 19, 2025

**VIA FILING**

The Honorable Judge Fred W. Slaughter
U.S. District Court for Central California, Santa Ana

  Re: **Hiring of Mr. Paul Watford – Notice Under Rule 1.12 of the California Rules of Professional Conduct**

 *Lang Van, Inc. v. VNG Corporation, 8:14-CV-00100-FWS-JDE*

To Whom It May Concern:

 I write on behalf of King & Spalding LLP ("King & Spalding") to inform all recipients of this letter that Mr. Paul Watford, who previously served as a Circuit Judge at the United States Court of Appeals for the Ninth Circuit from 2012 to 2023, began as a partner at King & Spalding on February 19, 2025.

 King & Spalding currently represents VNG Corporation ("VNG") in the above-referenced matter, which is now before the United States District Court, Central District of California. The matter was previously before the Ninth Circuit Court of Appeals during Mr. Watford's tenure as judge. Under Rule 1.12 of the California Rules of Professional Conduct, Mr. Watford is personally disqualified from representing any party in a matter in which he participated personally and substantially during his tenure at the Ninth Circuit Court of Appeals. King & Spalding will continue to represent its client, VNG, in the matter. To prevent

February 19, 2025
Page 2

imputed disqualification of other King & Spalding attorneys, King & Spalding has taken the following actions:

1. King & Spalding has implemented a formal ethical wall that prohibits Mr. Watford from any form of participation in the above-referenced matter, and he has not and will not be apportioned fees therefrom.
2. The procedures being taken to screen Mr. Watford from the matter are: (i) a prohibition against him speaking about the matter with or in the presence of any King & Spalding personnel; (ii) a prohibition against any of the King & Spalding personnel working on the matter from speaking about it in the presence of Mr. Watford; (iii) a prohibition against Mr. Watford from bringing to King & Spalding any documents, files, or materials in any form or medium about the matter; and (iv) a prohibition against Mr. Watford accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matter. King & Spalding will distribute to all personnel who are working on or in the future are added to the matter a written notification setting forth these prohibitions and their obligation to abide by them strictly.

This letter is submitted to provide written notice to the tribunal and all parties to the matter that King & Spalding and Mr. Watford are in compliance with Rule 1.12 of the Rules of Professional Conduct of California.

                                            Respectfully submitted,

                                            Kelly Perigoe