Cory A. Baskin (SBN 240517)
cb@witkowlaw.com
Brandon J. Witkow (SBN 210443)
bw@witkowlaw.com
Erin C. Witkow (SBN 216994)
ew@witkowlaw.com
witkow | baskin
21031 Ventura Boulevard, Suite 700
Woodland Hills, California 91364
Tel:   818.296.9508
Fax:   818.296.9510

*Attorneys for Plaintiff Lang Van, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANG VAN, INC., a California Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>VNG CORPORATION, a Vietnamese Corporation,<br><br>           Defendant. | Case No.: 8:14-cv-00100-FWS (JDEx)<br><br>**STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT; [PROPOSED] ORDER THEREON** |

**STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Lang Van, Inc., Inc. ("Lang Van") and Defendant VNG Corporation ("VNG") (collectively referred to herein as the "Parties", and each individually as a "Party"), through their respective counsel of record, hereby agree and stipulate to the following:

(1) This action, including all claims asserted by Lang Van against VNG in its operative Third Amended Complaint Judgment [ECF No. 241], is hereby dismissed with prejudice, subject to this Court's retention of jurisdiction (including to reopen this action if necessary or appropriate) to enforce the Settlement Agreement entered into by and between the Parties on or about March 19, 2025 (the "Effective Date");

(2) The Settlement Agreement, which is confidential and may only be filed under seal, is incorporated by reference herein;

(3) In connection with this stipulated dismissal, neither Party shall be deemed the prevailing party, and each Party shall bear its own costs and attorneys' fees so long as VNG timely complies with its payment obligations as set forth in the Settlement Agreement[1], , which obligations shall be fully satisfied by VNG by no later than two hundred and seventy (270) days from the Effective Date; and

(4) If VNG fails to fully satisfy its payment obligations, after receiving notice and opportunity to cure from Lang Van as set forth in the Settlement Agreement, then Lang Van shall be permitted to submit the Stipulation for Entry of Judgment and accompanying Stipulated Judgment attached to and incorporated into the Settlement Agreement for immediate entry by the Court and enforcement by Lang Van.

/ / /

/ / /

---

[1] Otherwise, the terms of Paragraph 5 of the Parties' Settlement Agreement, which is incorporated by reference herein, shall govern.

1  **SO STIPULATED.**

3  Dated:  March 19, 2025				By:	/s/Cory Baskin
						Cory Baskin
						Brandon J. Witkow
						WITKOW | BASKIN

						*Attorneys for Plaintiff Lang Van. Inc.*

9  Dated:  March 19, 2025				By:	/s/Quyen Ta
						Quyen Ta, Esq.
						SKADDEN, ARPS, SLATE,
						MEAGHER & FLOM LLP

						KING & SPALDING LLP
						Kelly L. Perigoe
						James A. Unger

						*Attorneys for Defendant VNG Corporation*

2

**STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each signatory of this document.

Dated: March 19, 2025          By:    /s/Cory Baskin
                                      Cory Baskin
                                      Brandon J. Witkow
                                      WITKOW | BASKIN

                                      *Attorneys for Plaintiff Lang Van. Inc.*