NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANG VAN, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> VNG CORPORATION, a Vietnamese Corporation, <br><br> Defendant. | Case No. 8:14-cv-00100-FWS-JDE <br><br> **ORDER RE STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT [266]** |

**ORDER OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

Having reviewed and considered the Stipulation for Dismissal and Retention of Jurisdiction to Enforce Settlement [266] ("Stipulation"),[1] submitted by Plaintiff Lang Van, Inc. ("Lang Van") and Defendant VNG Corporation ("VNG") (collectively referred to herein as the "Parties", and each individually as a "Party"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

(1) The Stipulation is **APPROVED**;

(2) This action, including all claims asserted by Lang Van against VNG in its operative Third Amended Complaint [241], is **DISMISSED WITH PREJUDICE**, ***but*** this court **RETAINS** jurisdiction (including to reopen this action if necessary or appropriate) to enforce the Settlement Agreement entered into by and between the Parties on or about March 19, 2025 (the "Effective Date");

(3) The Settlement Agreement, which shall remain confidential, but subject to review by the court under seal upon the court's request, is incorporated by reference herein;

(4) In connection with this stipulated dismissal, neither Party shall be deemed the prevailing party, and each Party shall bear its own costs and attorneys' fees so long as VNG timely complies with its payment obligations as set forth in the Settlement Agreement, which obligations shall be fully satisfied by VNG by no later than two hundred and seventy (270) days from the Effective Date; and

///
///
///

---

[1] The Stipulation is incorporated into this Order by this reference.

1
**ORDER OF DISMISSAL WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**

(5) If VNG fails to fully satisfy its payment obligations, after receiving notice and opportunity to cure from Lang Van as set forth in the Settlement Agreement, then Lang Van shall be permitted to submit the Stipulation for Entry of Judgment and accompanying Stipulated Judgment attached to and incorporated into the Settlement Agreement for immediate entry by the court and enforcement by Lang Van.

**IT IS SO ORDERED**.

Dated: March 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE